IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONALD LEE BOWERS                                          PLAINTIFF

            v.                        No. 04-2102

DEPUTY STATEN; DEPUTY SCHUCH;
CORPORAL GIBSON; and DEPUTY
CLARKE                                                     DEFENDANTS

## O R D E R

Now on this 12th day of May 2006, there comes on for consideration the report and recommendation filed herein on April 13, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 35). Plaintiff has not filed objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, IT IS ORDERED AND ADJUDGED that Plaintiff take nothing on his complaint, and the matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge